**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

|  |  |
|---|---|
| **JOHAN AERTS, D.O.,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**MERCY CLINICS, INC.; CATHOLIC HEALTH INITIATIVES – IOWA, CORP.. d/b/a MERCY MEDICAL CENTER – DES MOINES; COMMONSPIRIT HEALTH f/k/a CATHOLIC HEALTH INITIATIVES,**<br><br>　　　　　**Defendants.** | Case No. 4:21-cv-00305<br><br>**Joint Stipulation for Dismissal with Prejudice** |

COME NOW the Plaintiff, Johan Aerts, D.O., by and through his attorneys, Newkirk Zwagerman, PLC, and the Defendants, Mercy Clinics et al., by and through their attorneys, Belin McCormick, P.C., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that the above-captioned lawsuit should be dismissed in its entirety with prejudice, with all parties to bear their own costs, disbursements, and attorney fees in this matter, and request that the Court enter judgment pursuant to this stipulation.

Dated: January 13, 2023

| **Newkirk Zwagerman, P.L.C.** | **Belin McCormick, P.C.** |
|---|---|
| */s/ Danya Keller* | */s/ Kelsey J. Knowles* |
| Jill M. Zwagerman AT0000324 | Michael R. Reck |
| Danya Keller AT0012300 | Alexandra Cutler |
| 521 E. Locust Street, Suite 300 | Kelsey J. Knowles |
| Des Moines, IA 50309 | 666 Walnut Street, Suite 2000 |
| T: 515-883-2000 | Des Moines, IA 50309-3989 |
| Email: jzwagerman@newkirklaw.com | Telephone:　(515) 283-4645 |
| dkeller@newkirklaw.com | Facsimile:　(515) 558-0645 |
| ATTORNEYS FOR PLAINTIFF | Email: mrreck@belinmccormick.com |

2

                                                                  kjknowles@belinmccormick.com
                                                                    amcutler@belinmccormick.com
                                                              ATTORNEYS FOR DEFENDANTS